IN THE UNITED STATES DISTRICT COURT GREENVILLE, S.

FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED 2022 MAY 3 AM 9: 31

---

Faith Treinka Walker_____

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

   **-against-**

Universal Health Services_____

The Carolina Center for Behavioral Health_____

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

---

**Complaint for Employment Discrimination**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
        *(check one)*

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name:        Faith Walker_____

Street Address:     510 Clemson St._____

City and County:        Laurens, Laurens County_____

State and Zip Code:     South Carolina, 29360_____

Telephone Number:       803) 369-9208_____

## B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name:                   Universal Health Services_____

Job or Title            Unknown_____

(if known)

Street Address          1000 Healthpark Drive_____

City and County         Building Three, Suite 400 _____

State and Zip Code      Brentwood, TN 37027_____

Telephone Number        (803) 369-9208_____

Defendant No. 2

Name                    The Carolina Center for Behavioral Health__

Job or Title            Psychiatric Facility _____

(if known)

Street Address          2700 E. Phillips Rd._____

City and County         Greer, Greenville County_____

State and Zip Code      South Carolina, 29650_____

Telephone Number        (864) 235-2335_____

Defendant No. 3

Name                    _____

Job or Title            _____

(if known)

Street Address          _____

2

|  |  |
|---|---|
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

Defendant No. 4

|  |  |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

|  |  |
|---|---|
| Name | The Carolina Center for Behavioral Health_____ |
| Street Address | 2700 E. Phillips Rd._____ |
| City and County | Greer, Greenville County_____ |
| State and Zip Code | South Carolina, 29650_____ |
| Telephone Number | (864) 235-2335_____ |

**II.    Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

X    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C.

§§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

X    Other federal law *(specify the federal law)*:

OSHA ACT Section 11 (c) _____

X    Relevant state law *(specify, if known)*:

Wrongful Termination _____

☐    Relevant    city    or    county    law    *(specify,    if    known)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

X    Termination of my employment.

☐    Failure to promote me.

4

☐     Failure to accommodate my disability.

X     Unequal terms and conditions of my employment.

X     Retaliation.

☐     Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.     It is my best recollection that the alleged discriminatory acts occurred on date(s)

From 5-24-2019 through 7-21-2020_____

C.     I believe that defendant(s) *(check one)*:

X     is/are still committing these acts against me.

☐     is/are not still committing these acts against me.

D.     Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

X     race _____

☐     color _____

☐     gender/sex _____

☐     religion _____

☐     national origin _____

☐     age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☐     disability or perceived disability *(specify disability)*

_____

E.     The facts of my case are as follows. Attach additional pages if needed.

See attached EEOC paperwork_____

_____

_____

_____

_____

_____

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

12-8-2020_____

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

X    issued a Notice of Right to Sue letter, which I received on *(date)*

3-15-2022_____.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**Backpay**-$54,600 ($28.00 per hr.) _____

**Future Pay**-$54,600 (based off 1 year) was terminated during a pandemic_____

**Medical Expenses**-$5,192.20 Hospitalized 2x, Covid-19 Long Hauler\_\_\_\_\_

**Emotional Distress due to adverse action**-$17,500 (Counseling and medication) \_\_\_\_\_

**Punitive Damage**-$ Plaintiff tried to settle case with defendant after winning OSHA case and wanted to combine cases for a settlement and defendant refused to comply and hired another attorney in effort to intimidate and continue to retaliate against plaintiff. Defendant still have not paid OSHA settlement during an inflated economy_____

**Court Cost $** _____

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 2, 2022

Signature of Plaintiff _____

Printed Name of Plaintiff     Faith Treinka Walker

Faith Treinka Walker

510 Clemson St.

Laurens, SC 29360

(803) 369-9208

**B.     For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney         _____

Printed Name of Attorney      _____

Bar Number                    _____

Name of Law Firm              _____

Address                       _____

Telephone Number              _____

E-mail Address                _____

8